# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
BARRON-ACOSTA, JOSE
a/k/a: GARCIA, RAUL

**CRIMINAL COMPLAINT**

FILED
2007 MAY 17  P 1:58
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. SJ

CASE NUMBER: 07 70290 HRL

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than December 18, 2006 in Monterey County in the Northern District of California defendant(s) did, (Track Statutory Language of Offense)

Unlawfully re-enter and was found in the United States after deportation, without the permission of the Attorney General or the Secretary of the Homeland Security.

in violation of Title __8__ United States Code, Section(s) __1326__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
Official Title
facts:-

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and

a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant / government will request detention.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__5/17/2007__     at San Jose, California
Date                       City and State

Howard R. Lloyd
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

**AFFIDAVIT OF SPECIAL AGENT PERCY ORUM**

I am a Special Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), formerly known as the United States Immigration and Naturalization Service ("INS"). The departmental change from INS to ICE became effective on March 01, 2003, pursuant to Executive Orders of the Homeland Security Act. I have been employed with INS/ICE since March 05, 1980. I am currently assigned to the Alien Criminal Apprehension Program ("ACAP") Unit of the San Jose Sub-office. In such capacity, I have reviewed the official file relating to the below named individual, which attests to the following:

(1) BARRON-ACOSTA, HECTOR CIRIL ("BARRON-ACOSTA") a/k/a ("GARCIA, RAUL") is a 37-year-old male native and citizen of Mexico, who has used nine (09) aliases and one (01) date of birth in the past.

(2) BARRON-ACOSTA, has been assigned one (1) Alien Registration Number of A038 834 306, FBI Number of: 994715NA7, Monterey County Booking Number of: 613719, California Department of Corrections Numbers of: P17135 and T93104, and a California Criminal Information Index Number of: A09803734.

(3) On May 08, 2003, BARRON-ACOSTA was convicted in the Superior Court of the State of California, in and for the County of Monterey, for the offense of FELON IN POSSESSION OF A FIREARM, a misdemeanor, in violation of Section 12021(A)(1) of the California Penal Code. This is defined as an aggravated felony under Title 8, United States Code, Section 1101(a) (43)(E)(ii).

(4) On May 10, 2004, BARRON-ACOSTA was convicted in the United States District Court, Eastern District of the State of California, for the offense of DEPORTED ALIEN FOUND IN THE UNITED STATES, a felony, in violation of Title 8, United States Code, Section 1326

(5) A check through ICE's records shows that BARRON-ACOSTA was arrested and deported on three (03) occasions from the United States: on September 18, 2000, December 21, 2002, and January 04, 2006 at San Ysidro, California.

(6) BARRON-ACOSTA last entered the United States at or near an unknown place and date after January 04, 2006, by crossing the international border without inspection subsequent to deportation.

(7) BARRON-ACOSTA, on a date unknown but no later than December 18, 2006, at the Monterey County Jail, Salinas, California, was found to be unlawfully present in the United States after prior arrest and deportation, without the permission of the Attorney General or the Secretary of the Homeland Security, in violation of Title 8, United States Code, Section 1326.

(8) On December 18, 2006, BARRON-ACOSTA was interviewed by Agent David Picazo at the Monterey County Jail, Salinas, California, Northern District of California. During that interview, in Spanish, BARRON-ACOSTA was advised of his Miranda rights. BARRON-ACOSTA waived his rights and gave a sworn statement. BARRON-ACOSTA admitted alienage, prior deportation, and his failure to obtain permission from the Attorney General or the Secretary of the Homeland Security to return to the United States after being deported. Additional information concerning alienage, prior deportation and BARRON-ACOSTA's failure to obtain permission from the Attorney General or the Secretary of the Homeland Security to return to the United States after deportation was obtained from BARRON-ACOSTA's alien file, ICE, state, FBI, and local checks.

(9) On December 18, 2006, BARRON-ACOSTA provided his right thumb and right index fingerprints with his sworn statements. A latent print examiner at the Santa Clara County Sheriff's Department compared those fingerprints with BARRON-ACOSTA's fingerprints on the executed Warrants of Deportation. The latent print examiner determined that the fingerprints were identical and related to BARRON-ACOSTA.

(10) There is no record in the official file of the United States Department of Homeland Security, Immigration and Customs Enforcement that BARRON-ACOSTA ever applied to the Attorney General or the Secretary of the Homeland Security to reenter the United States after deportation.

(11) BARRON-ACOSTA is currently in custody at the Monterey County Jail, Salinas, California on states charges with a pending release date.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

(12)  On the basis of the above-described information, there is probable cause to believes that BARRON-ACOSTA illegally entered the United States, in violation of Title 8, United States Code, Section 1326. BARRON-ACOSTA was found in the United States after having been deported, and he had not sought permission from the United States Attorney General or the Secretary of the Homeland Security to re-enter the United States.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Percy Orum
Special Agent
U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me this 17 day of May, 2007.

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE